UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60749-CIV-SINGHAL

GUANGZHOU XINGE TRADING CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE [22]).  The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE as to TWO Defendants:  Defendant No. 13, Mengbuluo, and No. 20, ANGUYU STORE only**;

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF